IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| DANIEL L. WOOLSTENHULME, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 160385N |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF REVENUE, | ) | |
| State of Oregon, | ) | |
| | ) | |
| Defendant. | ) | **FINAL DECISION**[1] |

This matter came before the court on Defendant's Answer, filed January 27, 2017. Plaintiff filed his Complaint on December 14, 2016 , requesting that Defendant apply a $22,221 subtraction to his 2015 Oregon income tax return, so that Plaintiff's tax due for 2015 is $0. In its Answer, Defendant agreed to allow a pension income subtraction of $22,221 as claimed on Plaintiff's 2015 Oregon income tax return. Because the parties are in agreement, the case is ready for decision. Now, therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] This Final Decision incorporates without change the court's Decision, entered January 31, 2017. The court did not receive a statement of costs and disbursements within 14 days after its Decision was entered. *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).

IT IS THE DECISION OF THIS COURT that, as agreed upon by the parties, Plaintiff is allowed a pension income subtraction of $22,221 as claimed on his 2015 Oregon income tax return.

Dated this ___ day of February 2017.


_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision, file a complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within 60 days after the date of the Final Decision or this Final Decision cannot be changed. TCR-MD 19 B.*

*This document was filed and entered on February 22, 2017.*